934

Thomas E. ACKLEN, Administrator of the Estate of Harry A. BURNS, Deceased, Appellant, v. ILLINOIS CENTRAL RAILROAD COMPANY et al., Appellees.

No. 8339.

Circuit Court of Appeals, Sixth Circuit.

Dec. 11, 1940.

Evans, Evans & Creson, of Memphis, Tenn., for appellees.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs of counsel and argument by counsel for appellees, and it appearing to the court that there was no substantial evidence to support a verdict for the appellant, and that there was no abuse of discretion in the denial of appellant's motion for a new trial, it is therefore ordered and adjudged that the judgment appealed from, be and is in all things affirmed.

BRIDGES–SMITH COMPANY, Appellant, v. Seldon R. GLENN, Collector of Internal Revenue for the District of Kentucky, Appellee.

No. 8357.

Circuit Court of Appeals, Sixth Circuit.

Dec. 3, 1940.

E. J. Wells, of Louisville, Ky., for appellant.

Eli H. Brown, II, of Louisville, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and it appearing to the court that there is no reversible error upon the record, it is therefore ordered and adjudged that the judgment appealed from entered April 22, 1939, be and the same is hereby in all things affirmed.